# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA, | : | Case No. 3:19-mj-00160 |
|---|---|---|
| Plaintiff, | : | |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| JAMAL OMAR MATTHEWS, | : | |
| Defendant. | : | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District on a warrant issued from the Superior Court of the District of Columbia. Defendant appeared in open Court on March 14, 2019, and after being advised of his rights, waived his right to an identity hearing and detention hearing on the Government's Motion for Pretrial Detention. Defendant requested that a detention hearing be held in the Superior Court of the District of Columbia.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** Superior Court of the District of Columbia for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal

for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

March 14, 2019                                     *s/Sharon L. Ovington*
                                                    Sharon L. Ovington
                                                    United States Magistrate Judge